## IN THE MATTER OF THE ESTATE OF THOMAS FALLON, DE-CEASED.

### [No. 4716; decided June 5, 1886.]

Will Contest—Taxation of Costs.—The opinion in this case con-
sists of a judgment taxing costs against the proponents of the will.

William Matthews, for the executors.

James L. Crittenden, contra.

COFFEY, J.  The motion of Henry Kenitzer and D. S.
Payne, proponents in the above-entitled matter, by their coun-
sel, William Matthews, Esq., to strike out the bill of costs
filed on the twelfth day of May, A. D. 1886, by and on behalf
of the contestants of the will in the above-entitled matter for
costs and disbursements incurred and expended by the con-
testants on the trial of the contest over the alleged will of
Thomas Fallon, deceased, coming on regularly to be heard,
and counsel having been duly heard, and said matter having
been submitted, and the premises having been duly considered,
and it appearing to the court that the proponents, Henry Ken-
itzer and D. S. Payne, have not, and that each of them has
not within five days after the notice of the filing of said bill

of costs filed or made a motion to have the same taxed by the above-entitled court or by the judge thereof, and that the time to file or make a motion to tax said costs or to retax the same has expired without any such motion being made by any party or person interested in said estate or by said proponents or either of them.

And it further appearing that the proponents continued the contest over said alleged will after it had become apparent from the testimony of the subscribing witnesses to said alleged will that said instrument could not be admitted to probate as the last will and testament of said Thomas Fallon, deceased, and without good and sufficient cause for so continuing said cause, it is ordered that said motion to strike out said bill of costs be, and the same is hereby, denied, and that the said costs be, and the same are hereby, allowed and taxed against said proponents and each of said proponents at and in the sum of $3,372, and that the clerk enter in the judgment and decree the amount of said costs and disbursements as taxed and allowed by this order.